<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-7668
_____

JAMES LESTER ROUDABUSH, JR.,

Plaintiff - Appellant,

v.

MILANO, Captain; LT. M. JOSIAH; SGT. F. MENSAH; LT. REA;
ANDERSON; D/S H. MONIR; D. HALL; C. M. HILTON; JANE DOE,
Nurse; CHARLIE, Paramedic at ADC,

Defendants - Appellees,

and

FOX,

Defendant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, Chief
District Judge. (2:13-cv-00581-RBS-TEM)

_____

Submitted: January 6, 2015          Decided: January 16, 2015

_____

Before DUNCAN and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

James Lester Roudabush, Jr., Appellant Pro Se. Broderick
Coleman Dunn, Alexander Francuzenko, COOK CRAIG & FRANCUZENKO,
PLLC, Fairfax, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lester Roudabush, Jr., seeks to appeal the district court's September 22, 2014 order granting his motion for voluntary dismissal of one defendant, denying his motions to recuse and expedite, denying his motion relating to the withdrawal of funds from his inmate account, dismissing another defendant, and requesting that the remaining defendants return waivers of service. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). The order Roudabush seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

3